**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF COLORADO

Case number *(if known)* _____   Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Open Range Services, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-4490743** |

4.  **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2970 W 29th St.,Unit 18 Greeley, CO 80631** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Weld** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **openrangeservicesinc.com** |

6.  **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Open Range Services, Inc.**        Case number (*if known*) _____
<br>       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

     __2379__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply:*

     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No

☐ Yes.

Debtor    **Open Range Services, Inc.**       Case number (*if known*) _____

Name

| List all cases. If more than 1, attach a separate list | | | | | |
|---|---|---|---|---|---|
| | Debtor | _____ | | Relationship | _____ |
| | District | _____ | When | Case number, if known | _____ |

---

**11.** **Why is the case filed in this district?**     *Check all that apply:*

■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

       Contact name _____

       Phone _____

---

■   **Statistical and administrative information**

---

**13.** **Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | Open Range Services, Inc. | | Case number (*if known*) |
|---|---|---|---|
| | Name | | |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 31, 2024**
                MM / DD / YYYY

**X** **/s/ Jason Gant**                                    **Jason Gant**
Signature of authorized representative of debtor             Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ David V. Wadsworth**                    Date    **July 31, 2024**
Signature of attorney for debtor                            MM / DD / YYYY

**David V. Wadsworth 32066**
Printed name

**Wadsworth Garber Warner Conrardy, P.C.**
Firm name

**2580 West Main Street**
**Suite 200**
**Littleton, CO 80120**
Number, Street, City, State & ZIP Code

Contact phone    **303-296-1999**        Email address    **dwadsworth@wgwc-law.com**

**32066 CO**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Open Range Services, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 31, 2024**      X *s/ Jason Gant*
                                            Signature of individual signing on behalf of debtor

                                              **Jason Gant**
                                              Printed name

                                              **President**
                                              Position or relationship to debtor

---

**Fill in this information to identify the case:**

Debtor name    **Open Range Services, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known)    _____

☐ Check if this is an
amended filing

---

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                              **12/15**

---

**Part 1:    Summary of Assets**

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*.................................................................................................... $        **0.00**

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*................................................................................................ $     **2,452,125.96**

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*.................................................................................................. $     **2,452,125.96**

---

**Part 2:    Summary of Liabilities**

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $     **6,343,932.70**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $     **942,731.15**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$     **3,037,176.59**

4.   **Total liabilities** .................................................................................................................
   Lines 2 + 3a + 3b                                                                                     $     **10,323,840.44**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Open Range Services, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number *(if known)* | |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **First National Bank** | **Payroll** | **9764** | $0.00 |
| 3.2. | **Points West Community Bank** | **Payroll** | **0654** | $2,000.00 |
| 3.3. | **Points West Community Bank** | **Operating** | **3609** | $10,000.00 |
| 3.4. | **First National Bank** | **Business Checking** | **5857** | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                          **$12,000.00**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

   ☑ No. Go to Part 3.
   ☐ Yes Fill in the information below.

Debtor   **Open Range Services, Inc.**              Case number *(If known)* _____
         Name

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.** **Accounts receivable**

11a. 90 days old or less:  **286,478.00**  -  **0.00**  = ....  **$286,478.00**
                          face amount        doubtful or uncollectible accounts

11a. 90 days old or less:  **193,760.00**  -  **0.00**  = ....  **$193,760.00**
                          face amount        doubtful or uncollectible accounts

**12.** **Total of Part 3.**                                             **$480,238.00**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** **Furniture (see attached)** | **Unknown** | | **$32,779.00** |

**40.** **Office fixtures**

**41.** **Office equipment, including all computer equipment and communication systems equipment and software**

Debtor **Open Range Services, Inc.**
Name

Case number *(If known)* _____

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | |
|---|---|
| | **$32,779.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2021 Ram 1500 T-23** | **Unknown** | **Comparable sale** | **$28,950.00** |
| 47.2. **2021 Ram 1500 T-24** | **Unknown** | **Comparable sale** | **$28,950.00** |
| 47.3. **2022 Ram 2500 T-22** | **Unknown** | **Comparable sale** | **$28,500.00** |
| 47.4. **2019 Jeep Cherokee T-26** | **Unknown** | **Comparable sale** | **$18,250.00** |
| 47.5. **2022 Roadclipper Flatbed 22x102** | **Unknown** | **Comparable sale** | **$4,500.00** |
| 47.6. **2019 Ram 5500 Chassis T-27** | **Unknown** | **Comparable sale** | **$62,000.00** |
| 47.7. **2022 Ram 2500 VIN xx3088 T-28** | **Unknown** | **Comparable sale** | **$28,500.00** |
| 47.8. **2022 Ram 1500 VIN xx6809 T-29** | **Unknown** | **Comparable sale** | **$24,500.00** |
| 47.9. **2022 Ram 1500 VIN xx7304 T-30** | **Unknown** | **Comparable sale** | **$24,500.00** |
| 47.10. **2021 GMC Sierra Denali M2** | **Unknown** | **Comparable sale** | **$48,400.00** |
| 47.11. **2020 Ram 2500 T25** | **Unknown** | **Comparable sale** | **$24,375.00** |

| Debtor | **Open Range Services, Inc.** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 47.12. | **2016 Ram 4500 T-13 (blown engine)** | Unknown | Comparable sale | $8,000.00 |
| 47.13. | **2017 Ram 2500 T-21 (blown engine)** | Unknown | Comparable sale | $5,000.00 |
| 47.14. | **2017 Ram 5500 Chassis T-19** | Unknown | Comparable sale | $17,500.00 |
| 47.15. | **2014 Wells Cargo 14' TR-3** | Unknown | Comparable sale | $2,500.00 |
| 47.16. | **2014 Pace Cargo Trailer TR-6** | Unknown | Comparable sale | $3,000.00 |
| 47.17. | **Car Hauler 22' Utility Trailer TR-7** | Unknown | Comparable sale | $2,500.00 |
| 47.18. | **Trailer King TK 50lp Flatbed TR-5** | Unknown | Comparable sale | $3,000.00 |
| 47.19. | **2018 PJ Equipment Hauler TR-10** | Unknown | Comparable sale | $7,500.00 |
| 47.20. | **2020 PJ 40' Flatbed Equipment Hauler TR-11** | Unknown | Comparable sale | $2,800.00 |
| 47.21. | **1974 Desperado Trailer TR-12** | Unknown | Comparable sale | $150.00 |
| 47.22. | **2020 Water Trailer TR-13** | Unknown | Comparable sale | $4,500.00 |
| 47.23. | **2021 Water Trailer TR-14** | Unknown | Comparable sale | $5,000.00 |
| 47.24. | **2021 HHTC ATV Trailer TR-16** | Unknown | Comparable sale | $600.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **2017 Hitachi ZX85 Excavator E-20** | Unknown | Comparable sale | $45,000.00 |
| **2015 Hitachi ZXl300 Excavator E-21** | Unknown | Comparable sale | $135,500.00 |

Debtor    **Open Range Services, Inc.**                    Case number *(If known)* _____
        Name

| | | | |
|---|---|---|---|
| **Plotter** | Unknown | Comparable sale | $6,000.00 |
| **2022 60G Compact Excavators (2) E22&23** | Unknown | Comparable sale | $78,691.00 |
| **2023 325G Skidsteers (2) E25&26** | Unknown | Comparable sale | $76,500.00 |
| **2019 John Deere 160G Excavator E-27** | Unknown | Comparable sale | $148,000.00 |
| **2021 325G Skidsteers (2) E28&29 (need repairs, not operating)** | Unknown | Comparable sale | $56,000.00 |
| **2018 John Deere 331G E-17** | Unknown | Comparable sale | $35,500.00 |
| **2015 724K Loader E-24** | Unknown | Comparable sale | $68,500.00 |
| **2014 JD 210G Excavator E-3** | Unknown | Comparable sale | $46,000.00 |
| **2015 John Deere 624K Loader E-8** | Unknown | Comparable sale | $60,500.00 |
| **2012 DYN CA260D Compaction Roller E-9 (out of service)** | Unknown | Comparable sale | $4,000.00 |
| **2016 John Deere 85G Excavator E-11** | Unknown | Comparable sale | $45,500.00 |
| **2017 John Deere 333G E-12** | Unknown | Comparable sale | $65,000.00 |
| **2016 Hitachi ZX85 Excavator E-14** | Unknown | Comparable sale | $50,500.00 |
| **2013 John Deere 544k Wheel Loader E-16** | Unknown | Comparable sale | $68,500.00 |
| **2014 John Deere ZX160 Excavator E-18** | Unknown | Comparable sale | $62,500.00 |
| **2016 JD 310 SL Backhoe E-19** | Unknown | Comparable sale | $42,000.00 |
| **2017 John Deere 333G E-20** | Unknown | Comparable sale | $48,000.00 |

51.  **Total of Part 8.**                                                                       $1,525,666.00
     Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ☐ No
     ■ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ■ No

| Debtor | **Open Range Services, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☐ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1. | **Lease of 2970 W 29th St., Unit 18, Greeley, CO 80631** | **Leasehold Interest** | **$0.00** | | **$0.00** |
| 55.2. | **Storage facility and yard, 170 2nd Street NW, Loveland, CO 80537** | **Leasehold Interest** | **$0.00** | | **$0.00** |

56.   **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**$0.00**

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

Current value of debtor's interest

71.   **Notes receivable**
Description (include name of obligor)

| Debtor | **Open Range Services, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**72.** **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| **Unknown NOLs** | Tax year | **Unknown** |
|---|---|---|

**73.** **Interests in insurance policies or annuities**
**Selective Insurance Company of America - Property, CGL, Automobile, Umbrella, Crime, Cyber Liability policies.  No cash value.**

$0.00

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**
**Counterclaims against Lendora in Case No. 512436/2023.  Default entered; pending judgment.**

Unknown

| Nature of claim | **Damages to business** |
|---|---|
| Amount requested | **$3,300,000.00** |

**Counterclaims against Meged in Case No. 513424/2023. Default entered; pending judgment.**

Unknown

| Nature of claim | **Damages to business** |
|---|---|
| Amount requested | **$700,000.00** |

**Counterclaims against Vivian Capital in Case No. 2023607032**

Unknown

| Nature of claim | **Damages to business** |
|---|---|
| Amount requested | **$2,690,000.00** |

**Counterclaims against Lendora in Case No. E202407021509.**

Unknown

| Nature of claim | **Damages to business** |
|---|---|
| Amount requested | **$3,300,000.00** |

**Counterclaims against BMT Capital, Inc. in Case No. 2023011777**

Unknown

| Nature of claim | **Damages to business** |
|---|---|
| Amount requested | **$123,000.00** |

**Counterclaims against Alpine Advance 5 in Case No. 514807/2023 (damage amount estimated; not pled in answer)**

Unknown

| Nature of claim | **Damages to business** |
|---|---|
| Amount requested | **$300,000.00** |

**Counterclaims against Cloudfund, LLC in Case No. 607825/2023 (damage amount estimated; not pled in answer)**

Unknown

| Nature of claim | **Damages to business** |
|---|---|
| Amount requested | **$300,000.00** |

Debtor     **Open Range Services, Inc.**                                    Case number *(If known)* _____
           <sub>Name</sub>

| **Counterclaims against Daka Capital Group in Case No. 513888/2023 (damage amount estimated; not pled in answer)** | | **Unknown** |
|---|---|---|
| Nature of claim | **Damages to business** | |
| Amount requested | **$300,000.00** | |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| | |
|---|---|
| **Retention (Dohn Mead Community Center)** | **$525.00** |
| **Retention (U.S. Engineering Project Mustang)** | **$26,000.00** |
| **Retention (RK Mechanical CYS18)** | **$20,472.05** |
| **Retention (Western Specialty Contractors)** | **$28,042.00** |
| **Retention (Dohn Boys & Girls Club)** | **$1,418.62** |
| **Retention (Dohn Villas)** | **$14,135.05** |
| **Retention (Dohn Krispy Kreme)** | **$3,608.00** |
| **Retention (Dohn Prospector)** | **$79,186.82** |
| **Pending change orders - RK Mechanical** | **$192,286.42** |
| **Pending change order - Whiting-Turner** | **$16,544.00** |
| **Pending change order - RK Mechanical** | **$13,350.00** |
| **Pending change order - Dohn** | **$5,875.00** |

Debtor   **Open Range Services, Inc.**                                     Case number *(If known)* _____
         Name

78.   **Total of Part 11.**                                                              $401,442.96
      Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

Debtor   **Open Range Services, Inc.**_____   Case number *(If known)* _____
         Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $12,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $480,238.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $32,779.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,525,666.00 | |
| 88. **Real property.** *Copy line 56, Part 9..........................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $401,442.96 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,452,125.96 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,452,125.96 |

8:55 AM
07/24/24

**Open Range Services, Inc.**
**Fixed Asset Listing**
July 24, 2024

| Item | FAM Number | Purchase Date | Purchase Description | Account | Cost | Current Value |
|---|---|---|---|---|---|---|
| TV stand | | 01/17/2016 | TV Stand For Air monitor system Gregs office | 15000 · Furniture and Equipment | 126.48 | $ 10.00 |
| Storage cabinets | | 03/24/2016 | Storage cabinets | 15000 · Furniture and Equipment | 100.62 | $ 25.00 |
| Filing cabinet | | 01/12/2016 | Filing cabinet back office Amazon | 15000 · Furniture and Equipment | 104.49 | $ 25.00 |
| Microwave | | 03/24/2014 | Microwave | 15000 · Furniture and Equipment | 149.00 | $ 25.00 |
| Vacumn Cleaner | | 07/19/2016 | Vacuum Cleaner | 15000 · Furniture and Equipment | 116.64 | $ 30.00 |
| Office Chairs 4 | | 02/28/2014 | Office Chairs 4 | 15000 · Furniture and Equipment | 404.64 | $ 40.00 |
| Bookcases conf room | | 08/02/2016 | Bookcases conf room | 15000 · Furniture and Equipment | 160.46 | $ 50.00 |
| Dry Erase Board 4x6 | | 08/12/2014 | Dry Erase Board 4x6 | 15000 · Furniture and Equipment | 211.46 | $ 50.00 |
| Dry Erase Board 4x8 | | 08/12/2014 | Dry Erase Board 4x8 | 15000 · Furniture and Equipment | 569.44 | $ 50.00 |
| First  Aid Station | | 08/11/2016 | First  Aid Station | 15000 · Furniture and Equipment | 145.64 | $ 100.00 |
| File cabinet 5 | | 11/22/2016 | File cabinet 5 | 15000 · Furniture and Equipment | 238.59 | $ 125.00 |
| Lobby Furniture | | 03/20/2015 | Lobby Furniture | 15000 · Furniture and Equipment | 649.55 | $ 200.00 |
| Comm Paper Shredder | | 05/13/2014 | Comm Paper Shredder | 15000 · Furniture and Equipment | 349.99 | $ 300.00 |
| Filing cabinet 1 | | 05/22/2014 | Filing cabinet 1 | 15000 · Furniture and Equipment | 387.36 | $ 350.00 |
| Whirlpool Freezer | | 05/19/2014 | Whirlpool Freezer | 15000 · Furniture and Equipment | 649.00 | $ 400.00 |
| Warehouse Shelving 3 sets 8' | | 05/12/2014 | Warehouse Shelving 3 sets 8' | 15000 · Furniture and Equipment | 674.67 | $ 500.00 |
| Whirlpool Refrigerator | | 02/21/2014 | Whirlpool Refrigerator | 15000 · Furniture and Equipment | 1,011.46 | $ 500.00 |
| Desk Eric | | 02/28/2014 | Desk Eric | 15000 · Furniture and Equipment | 999.46 | $ 800.00 |
| Filing cabinets 4 | | 03/24/2014 | Filing cabinets 4 | 15000 · Furniture and Equipment | 1,597.96 | $ 800.00 |
| Lobby Chairs 2 | | 03/13/2014 | Lobby Chairs 2 | 15000 · Furniture and Equipment | 1,149.60 | $ 1,000.00 |
| Conference room media center | | 02/21/2014 | Conference room media center | 15000 · Furniture and Equipment | 1,844.66 | $ 1,200.00 |
| FR Storage Cabinets | | 03/17/2014 | FR Storage Cabinets | 53800 · Small Tools | 1,644.00 | $ 1,200.00 |
| Conference Room Table | | 02/21/2014 | Conference Room Table | 15000 · Furniture and Equipment | 1,464.86 | $ 1,400.00 |
| Desk Greg | | 02/28/2014 | Desk Greg | 15000 · Furniture and Equipment | 1,644.15 | $ 1,400.00 |
| Desk Jay | | 02/28/2014 | Desk Jay | 15000 · Furniture and Equipment | 1,644.15 | $ 1,400.00 |
| Custom Welding Table | | 06/16/2014 | Custom Welding Table | 15000 · Furniture and Equipment | 2,400.00 | $ 1,400.00 |
| Executive Chairs 12 | | 02/28/2014 | Executive Chairs 12 | 15000 · Furniture and Equipment | 2,261.88 | $ 1,800.00 |
| Office Paintings Artwork | | 03/19/2014 | Office Paintings Artwork | 15000 · Furniture and Equipment | 3,116.29 | $ 2,600.00 |
| Panasonic Comm Phone System | | 02/21/2014 | Panasonic Comm Phone System | 15000 · Furniture and Equipment | 3,799.00 | $ 3,799.00 |
| Executive Desk Jason | | 02/28/2014 | Executive Desk Jason | 15000 · Furniture and Equipment | 4,021.67 | $ 3,800.00 |
| Ricoh CW2201 plotter | | 01/03/2022 | Large format printer | 15000 · Furniture and Equipment | 7,484.00 | $ 7,400.00 |
| | | | | | | $ 32,779.00 |

| Fill in this information to identify the case: |
|---|

Debtor name **Open Range Services, Inc.**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1 Ally Bank**<br>Creditor's Name<br><br>**PO Box 8125**<br>**Cockeysville, MD 21030**<br>Creditor's mailing address<br><br>_____<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**2021 GMC Sierra Denali M2**<br><br>**Describe the lien**<br>**Secured Loan**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$39,034.02** | **$48,400.00** |
| **2.2 Ally Bank**<br>Creditor's Name<br><br>**PO Box 8125**<br>**Cockeysville, MD 21030**<br>Creditor's mailing address<br><br>_____<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?** | **Describe debtor's property that is subject to a lien**<br>**2020 Ram 2500 T25**<br><br>**Describe the lien**<br>**Secured Loan**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | $23,151.57 | $24,375.00 |

| Debtor | **Open Range Services, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Ally Bank** | **Describe debtor's property that is subject to a lien** | $18,911.90 | $28,950.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 8125**
**Cockeysville, MD 21030**

**2021 Ram 1500 T-23**

Creditor's mailing address

**Describe the lien**
**Secured Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Ally Bank** | **Describe debtor's property that is subject to a lien** | $19,231.02 | $28,950.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 8125**
**Cockeysville, MD 21030**

**2021 Ram 1500 T-24**

Creditor's mailing address

**Describe the lien**
**Secured Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Ally Bank** | **Describe debtor's property that is subject to a lien** | $31,265.49 | $28,500.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 8125**
**Cockeysville, MD 21030**

**2022 Ram 2500 T-22**

Creditor's mailing address

**Describe the lien**
**Secured Loan**

**Is the creditor an insider or related party?**
■ No

---

| Debtor | **Open Range Services, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ Yes
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Ally Bank** | Describe debtor's property that is subject to a lien | $14,032.31 | $18,250.00 |
|---|---|---|---|---|
| | Creditor's Name | **2019 Jeep Cherokee T-26** | | |

**PO Box 8125**
**Cockeysville, MD 21030**
Creditor's mailing address

**Describe the lien**
**Secured Loan**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Ally Bank** | Describe debtor's property that is subject to a lien | $83,808.93 | $62,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2019 Ram 5500 Chassis T-27** | | |

**PO Box 8125**
**Cockeysville, MD 21030**
Creditor's mailing address

**Describe the lien**
**Secured Loan**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Ally Bank** | Describe debtor's property that is subject to a lien | $46,789.28 | $28,500.00 |
|---|---|---|---|---|

---

| Debtor | **Open Range Services, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Creditor's Name | **2022 Ram 2500 VIN xx3088 T-28** | | |
|---|---|---|---|

**PO Box 8125**
**Cockeysville, MD 21030**

Creditor's mailing address

**Describe the lien**
**Secured Loan**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Ally Bank** | **Describe debtor's property that is subject to a lien** | $37,088.32 | $24,500.00 |
|---|---|---|---|---|
| | Creditor's Name | **2022 Ram 1500 VIN xx6809 T-29** | | |

**PO Box 8125**
**Cockeysville, MD 21030**

Creditor's mailing address

**Describe the lien**
**Secured Loan**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Ally Bank** | **Describe debtor's property that is subject to a lien** | $47,329.12 | $24,500.00 |
|---|---|---|---|---|
| | Creditor's Name | **2022 Ram 1500 VIN xx7304 T-30** | | |

**PO Box 8125**
**Cockeysville, MD 21030**

Creditor's mailing address

**Describe the lien**
**Secured Loan**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

Debtor **Open Range Services, Inc.**                                         Case number (if known) _____

_____
Name

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

_____

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **Alpine Advance 5 LLC** | **Describe debtor's property that is subject to a lien** | $121,971.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Accounts and proceeds.  Junior to SBA.**

**46 Washington St. Ste. 6**
**Middletown, CT 06457**

Creditor's mailing address

**Describe the lien**

_____

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

_____

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 2 | **BMT Capital Group Inc.** | **Describe debtor's property that is subject to a lien** | $87,142.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Accounts and proceeds.  Junior to SBA.**

**492 Cedar Ln. Ste. 535**
**Teaneck, NJ 07666**

Creditor's mailing address

**Describe the lien**

_____

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

_____

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 3 | **Cloudfund LLC** | **Describe debtor's property that is subject to a lien** | $439,830.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Accounts and proceeds.  Junior to SBA.**

**400 Rella Blvd. Ste. 165-101**
**Suffern, NY 10901**

Creditor's mailing address

**Describe the lien**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page  5 of 13

Debtor   **Open Range Services, Inc.**         Case number (if known) _____

Name

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent

☐ Unliquidated

☑ Disputed

---

| 2.1 4 | **Daka Capital Group, Inc.** | Describe debtor's property that is subject to a lien | $86,654.78 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Accounts and proceeds; merchant account. Junior to SBA.**

**132 Franklin Pl. Ste. 490**
**Woodmere, NY 11598**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent

☐ Unliquidated

☑ Disputed

---

| 2.1 5 | **John Deere Financial** | Describe debtor's property that is subject to a lien | $138,051.48 | $148,000.00 |
|---|---|---|---|---|

Creditor's Name

**2019 John Deere 160G Excavator E-27**

**PO Box 650215**
**Dallas, TX 75265**

Creditor's mailing address

**Describe the lien**

**Secured Loan**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

---

| Debtor | **Open Range Services, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 6 | **John Deere Financial** | Describe debtor's property that is subject to a lien | $120,545.02 | $135,500.00 |
|---|---|---|---|---|
| | Creditor's Name | **2015 Hitachi ZXI300 Excavator E-21** | | |

**PO Box 650215**
**Dallas, TX 75265**
Creditor's mailing address

Describe the lien
**Secured Loan**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 7 | **John Deere Financial** | Describe debtor's property that is subject to a lien | $119,436.65 | $68,500.00 |
|---|---|---|---|---|
| | Creditor's Name | **2015 724K Loader E-24** | | |

**PO Box 650215**
**Dallas, TX 75265**
Creditor's mailing address

Describe the lien
**Secured Loan**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 8 | **John Deere Financial** | Describe debtor's property that is subject to a lien | $190,347.04 | $76,500.00 |
|---|---|---|---|---|
| | Creditor's Name | **2023 325G Skidsteers (2) E25&26** | | |

**PO Box 650215**
**Dallas, TX 75265**
Creditor's mailing address

Describe the lien
**Secured Loan**

---

Debtor   **Open Range Services, Inc.**                                      Case number (if known) _____

Name

|  | **Is the creditor an insider or related party?** |
|---|---|
| Creditor's email address, if known | ■ No |
|  | ☐ Yes |
| **Date debt was incurred** | **Is anyone else liable on this claim?** |
|  | ☐ No |
| **Last 4 digits of account number** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
|  | ☐ Disputed |

---

| 2.1 9 | **John Deere Financial** | **Describe debtor's property that is subject to a lien** | $90,312.09 | $78,691.00 |
|---|---|---|---|---|
|  | Creditor's Name | **2022 60G Compact Excavators (2) E22&23** | | |
|  | **PO Box 650215** | | | |
|  | **Dallas, TX 75265** | | | |
|  | Creditor's mailing address | **Describe the lien** | | |
|  |  | **Secured Loan** | | |
|  |  | **Is the creditor an insider or related party?** | | |
|  | Creditor's email address, if known | ■ No | | |
|  |  | ☐ Yes | | |
|  | **Date debt was incurred** | **Is anyone else liable on this claim?** | | |
|  |  | ☐ No | | |
|  | **Last 4 digits of account number** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
|  | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
|  | ■ No | ☐ Contingent | | |
|  | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
|  |  | ☐ Disputed | | |

---

| 2.2 0 | **John Deere Financial** | **Describe debtor's property that is subject to a lien** | $139,958.66 | $56,000.00 |
|---|---|---|---|---|
|  | Creditor's Name | **2021 325G Skidsteers (2) E28&29 (need repairs, not operating)** | | |
|  | **PO Box 650215** | | | |
|  | **Dallas, TX 75265** | | | |
|  | Creditor's mailing address | **Describe the lien** | | |
|  |  | **Secured Loan** | | |
|  |  | **Is the creditor an insider or related party?** | | |
|  | Creditor's email address, if known | ■ No | | |
|  |  | ☐ Yes | | |
|  | **Date debt was incurred** | **Is anyone else liable on this claim?** | | |
|  |  | ☐ No | | |
|  | **Last 4 digits of account number** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
|  | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |

| Debtor | **Open Range Services, Inc.** | | Case number (if known) | |
| | Name | | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 1 | **John Deere Financial** | | | |

Creditor's Name

**PO Box 650215**
**Dallas, TX 75265**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2015 John Deere 724L Loader VIN xx0388**

Describe the lien
**Secured Loan**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$119,436.65     $95,000.00

---

| 2.2 2 | **Lease Service** | | | |

Creditor's Name

**PO Box 5066**
**Hartford, CT 06102-5066**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Plotter**

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$71.70     $6,000.00

---

| 2.2 3 | **Lendini** | | | |

Creditor's Name

**3220 Tillman Dr. Ste. 200**
**Bensalem, PA 19020**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**Accounts sold to Lendini.  Junior to SBA.**

Describe the lien

$54,936.57     $0.00

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page  9 of 13

Debtor  **Open Range Services, Inc.**                                  Case number (if known) _____
Name

Creditor's email address, if known
_____

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 4 | **Lendora Capital Group** | | $1,566,391.06 | $0.00 |

Creditor's Name

**8484 Wilshire Blvd. Ste. 630
Beverly Hills, CA 90211**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Accounts, inventory, equipment, and proceeds.  Junior to SBA.**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 5 | **Meged Funding Group** | | $216,735.23 | $0.00 |

Creditor's Name

**12 Zeck Ct.
Suffern, NY 10901**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Accounts and proceeds.   Junior to SBA.**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 10 of 13

Debtor **Open Range Services, Inc.** _____  Case number (if known) _____
Name

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 6 | **Pinnacle Business Funding LLC** | | |
|---|---|---|---|
| | Creditor's Name | | |

| | Describe debtor's property that is subject to a lien | $206,300.00 | $0.00 |
|---|---|---|---|
| | **Accounts and proceeds.  Junior to SBA.** | | |

**1202 Avenue U Ste. 1115
Brooklyn, NY 11229**
Creditor's mailing address

Describe the lien

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

---

| 2.2 7 | **Trans Lease** | | |
|---|---|---|---|
| | Creditor's Name | | |

| | Describe debtor's property that is subject to a lien | $3,291.24 | $4,500.00 |
|---|---|---|---|
| | **2022 Roadclipper Flatbed 22x102** | | |

**PO Box 172686
Denver, CO 80217**
Creditor's mailing address

Describe the lien
**Secured Loan**

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.2 8 | **U.S. Small Business Administration** | | |
|---|---|---|---|
| | Creditor's Name | | |

| | Describe debtor's property that is subject to a lien | $478,207.20 | $478,207.20 |
|---|---|---|---|
| | **1st priority lien on A/R, furniture, commercial torts, retention and otherwise unencumbered non-titled equipment.  2nd priority lien on non-titled equipment subject to purchase money liens.** | | |

**14925 Kingsport Rd.
Fort Worth, TX 76155**

---

| Debtor | **Open Range Services, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

| | |
|---|---|
| Creditor's mailing address | **Describe the lien**<br>Secured Loan |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| **2020** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 9 | **U.S. Small Business Administration** | **Describe debtor's property that is subject to a lien** | $1,618,546.87 | $1,072,844.00 |
|---|---|---|---|---|
| | Creditor's Name | **1st priority lien on A/R, furniture, commercial torts, retention and otherwise unencumbered non-titled equipment.  2nd priority lien on non-titled equipment subject to purchase money liens.** | | |
| | **14925 Kingsport Rd.**<br>**Fort Worth, TX 76155** | | | |
| | Creditor's mailing address | **Describe the lien**<br>Secured Loan | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | **2020** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

---

| 2.3 0 | **Vivian Capital Group LLC** | **Describe debtor's property that is subject to a lien** | $185,125.50 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Accounts and proceeds.  Junior to SBA.** | | |
| | **3611 14th Ave.**<br>**Brooklyn, NY 11218** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☐ No | | |
| | | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |

Debtor   **Open Range Services, Inc.**                                      Case number (if known) _____
              Name

■ No                         ☐ Contingent
☐ Yes. Specify each creditor,  ☐ Unliquidated
including this creditor and its relative   ■ Disputed
priority.

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $6,343,932.70

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Delta Bridge Funding, LLC**<br>**2875 NE 191st St. Ste. 500**<br>**Miami, FL 33180** | Line **2.13** | |
| **Sandra Nettleton and Marcello Rojas**<br>**The Sayer Law Group, P.C.**<br>**3600 S Beller St. Ste. 330**<br>**Denver, CO 80237** | Line **2.24** | |
| **U.S. Small Business Administration**<br>**c/o United States Attorney General**<br>**950 Pennsylvania Avenue NW**<br>**Washington, DC 20530** | Line **2.28** | |
| **U.S. Small Business Administration**<br>**c/o Stacey Dawes**<br>**721 19th Street**<br>**Suite 426**<br>**Denver, CO 80202** | Line **2.28** | |
| **U.S. Small Business Administration**<br>**c/o Civil Process Clerk**<br>**Office of the United States Attorney**<br>**1801 California Street, Suite 1600**<br>**Denver, CO 80202** | Line **2.28** | |
| **U.S. Small Business Administration**<br>**c/o United States Attorney General**<br>**950 Pennsylvania Avenue NW**<br>**Washington, DC 20530** | Line **2.29** | |
| **U.S. Small Business Administration**<br>**c/o Stacey Dawes**<br>**721 19th Street**<br>**Suite 426**<br>**Denver, CO 80202** | Line **2.29** | |
| **U.S. Small Business Administration**<br>**c/o Civil Process Clerk**<br>**Office of the United States Attorney**<br>**1801 California Street, Suite 1600**<br>**Denver, CO 80202** | Line **2.29** | |

---

| Fill in this information to identify the case: |
|---|

Debtor name     **Open Range Services, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:     List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Colorado Department of Revenue**<br>**Tax Audit Compliance Div.**<br>**1881 Pierce St. Room 104**<br>**Denver, CO 80214** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $113,477.32 | $113,477.32 |
| Date or dates debt was incurred | Basis for the claim:<br>**Unpaid State withholding taxes** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**1999 Broadway**<br>**MS 5012 DEN**<br>**Denver, CO 80202** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $817,740.09 | $817,740.09 |
| Date or dates debt was incurred | Basis for the claim:<br>**Unpaid Federal withholding taxes** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor   **Open Range Services, Inc.**                                          Case number (if known) _____
         Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,571.18 | $4,571.18 |
|---|---|---|---|---|

**Weld County Treasurer**
**1400 N 17th Ave.**
**Greeley, CO 80631**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**2023 property taxes**

Last 4 digits of account number ___

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,942.56 | $6,942.56 |
|---|---|---|---|---|

**Weld County Treasurer**
**1400 N 17th Ave.**
**Greeley, CO 80631**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Personal property taxes**

Last 4 digits of account number ___

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,523.00 |
|---|---|---|---|

**4Rivers Equipment, LLC**
**PO Box 913509**
**Denver, CO 80291-3509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___
Last 4 digits of account number ___

Basis for the claim:   **Trade debt**

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,651.25 |
|---|---|---|---|

**5280 S. Service Inc.**
**18494 CR 39**
**La Salle, CO 80645**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___
Last 4 digits of account number ___

Basis for the claim:   **Trade debt**

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,778.00 |
|---|---|---|---|

**A-One Rental**
**A-1 Rental**
**1257 N. 4th St.**
**Laramie, WY 82070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___
Last 4 digits of account number ___

Basis for the claim:   **Trade debt**

Is the claim subject to offset?   ■ No   ☐ Yes

---

| Debtor | **Open Range Services, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,410.00**

**AGC Colorado**
**Associated General Contractors of Colora**
PO Box 176210
Denver, CO 80217-6210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$137,996.71**

**American Express**
PO Box 96001
Los Angeles, CA 90096

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Credit card__

Last 4 digits of account number **1002**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,786.75**

**American Express (Amazon)**
PO Box 96001
Los Angeles, CA 90096

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Credit card__

Last 4 digits of account number **2007**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32,930.18**

**Badger Daylighting Corp**
PO Box 95000, LB #1657
Philadelphia, PA 19195-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number **E006**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,919.52**

**Barclay's**
PO Box 60517
City of Industry, CA 91716

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Credit card__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,430.82**

**Big O Tires**
3325 S. 23rd Ave.
Evans, CO 80620

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$49,907.27**

**Blayde Corporation**
PO Box 121
3739 E. County Road 68
Wellington, CO 80549

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Open Range Services, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,017.50** |
|---|---|---|---|

**BMW Financial**
**PO Box 6354**
**Fargo, ND 58125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit card**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,144.73** |
|---|---|---|---|

**Business Equipment Service**
**595 Denver Ave.**
**Loveland, CO 80537**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$37,899.06** |
|---|---|---|---|

**Chase (Ink)**
**PO Box 6294**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit card**

Last 4 digits of account number  **0663**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,249.77** |
|---|---|---|---|

**Chase - Amazon**
**PO Box 6294**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit card**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,383.83** |
|---|---|---|---|

**Citibank N.A. (Home Depot)**
**PO Box 790420**
**Saint Louis, MO 63179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit card**

Last 4 digits of account number  **1712**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,740.00** |
|---|---|---|---|

**Concrete Saw and Core, Inc.**
**PO Box 547**
**North Platte, NE 69103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$293,960.80** |
|---|---|---|---|

**Cowboy Trucking, LLC**
**8600 Steele Street**
**Denver, CO 80229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Open Range Services, Inc.**
_____
Name

Case number (if known) _____

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261,268.57 |
|---|---|---|---|

**Dana Kepner Company, Inc.**
**PO Box 710281**
**Denver, CO 80271**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,409.00 |
|---|---|---|---|

**DC Construction LTD**
**550 Holly Street**
**Hudson, CO 80642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,317.63 |
|---|---|---|---|

**Dell Financial Services**
**PO Box 6403**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Credit card__

Last 4 digits of account number  __1569__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $180.00 |
|---|---|---|---|

**DictoGuard Security Alarm Systems, Inc.**
**914 14th Street**
**Greeley, CO 80631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,800.00 |
|---|---|---|---|

**DSB Financial Solution**
**Darryl S. Boyd, CPA**
**1013 37th Ave. Ct., Ste. 101**
**Greeley, CO 80634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,115.10 |
|---|---|---|---|

**Ferguson Waterworks**
**17655 E. 25th Dr.**
**Aurora, CO 80011-4625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,159.06 |
|---|---|---|---|

**Fundbox**
**5760 Legacy Dr. Ste. B3-535**
**Plano, TX 75024**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __MCA loan__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Open Range Services, Inc.**
Name

Case number (if known) _____

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $494.06 |
|---|---|---|---|

**Fuzion Field Services, LLC**
PO Box 200638
Evans, CO 80620

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**Gold & Sport Solutions**
2245 W. CR 49
La Salle, CO 80645

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,602.75 |
|---|---|---|---|

**Green Light Capital LLC**
9080 Cunningham Rd.
Cincinnati, OH 45243

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **6/10/19**

Last 4 digits of account number _

Basis for the claim: **MCA loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $420,310.32 |
|---|---|---|---|

**Greg Martin**
530 Kirby Drive
Grand Junction, CO 81504

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Shareholder loan (includes $38,894.71 accrued interest)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,235.94 |
|---|---|---|---|

**High Plains Excavation & Haulin, LLP**
1011 Riverside Dr.
Estes Park, CO 80517

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $815.00 |
|---|---|---|---|

**Hoffman Law Firm, P.C.**
141 S. College Ave. Suite 200
Fort Collins, CO 80524

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Legal services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,521.06 |
|---|---|---|---|

**Holcim- WCR, Inc.**
1687 Cole Blvd. #300
Golden, CO 80401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Open Range Services, Inc.**                                    Case number (if known) _____
_____
Name

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,800.42 |

**Home Depot Credit Services (Citibank)**
**PO Box 790328**
**Saint Louis, MO 63179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Credit card**

Last 4 digits of account number  **1455**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,761.88 |

**Home Depot Credit Services**
**PO Box 790328**
**Saint Louis, MO 63179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Credit card**

Last 4 digits of account number  **1816**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $556,082.82 |

**Jason Gant**
**538 Basil Lane**
**Fort Collins, CO 80521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Shareholder loan (includes $79,509.13 accrued interest).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $152,757.90 |

**John Deere Financial**
**PO Box 650215**
**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Credit card**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,076.90 |

**Lowe's**
**PO Box 669807**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Credit card**

Last 4 digits of account number  **1766**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,255.62 |

**Lowe's**
**PO Box 669807**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Credit card**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,470.00 |

**MJS Safety**
**MJS Legacy Safety Consulting Services LL**
**PO Box 10**
**Johnstown, CO 80534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Open Range Services, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,930.63 |
|---|---|---|---|

**MTC Equipment**
**21323 I-76 Frontage Rd. Unit 500**
**Hudson, CO 80642**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $280,730.75 |
|---|---|---|---|

**Norco Transport, LLC**
**Eduardo Leos**
**485 E. 16th St.**
**Greeley, CO 80634**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,500.00 |
|---|---|---|---|

**P&D Trucking LLC**
**2513 Hwy 133**
**Carbondale, CO 81623**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,300.00 |
|---|---|---|---|

**Pawnee Land Holdings**
**2970 W. 29th Street**
**Unit 18**
**Greeley, CO 80631**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Rent**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,969.16 |
|---|---|---|---|

**PIRTEK NOCO**
**PO Box 272209**
**Fort Collins, CO 80527**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,353.23 |
|---|---|---|---|

**Power Screening, LLC**
**PO Box 844821**
**Boston, MA 02284-4821**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,595.70 |
|---|---|---|---|

**Reliable Concrete Cutting Inc.**
**PO Box 752**
**Kersey, CO 80644**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Open Range Services, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,368.54** |
|---|---|---|---|

**Rental Equipment Center**
**220 E. 56th Ave.**
**Denver, CO 80216**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$180.00** |
|---|---|---|---|

**Royal Disposal**
**PO Box 774**
**Johnstown, CO 80534**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,744.35** |
|---|---|---|---|

**Sears**
**PO Box 9001055**
**Louisville, KY 40290**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Credit card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,208.22** |
|---|---|---|---|

**Sunbelt Rentals, Inc.**
**PO Box 409211**
**Atlanta, GA 30384-9211**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,045.23** |
|---|---|---|---|

**Sunstate Equipment Co., LLC**
**PO Box 208439**
**Dallas, TX 75320-8439**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,809.16** |
|---|---|---|---|

**Synchrony Bank - Paypal**
**PO Box 71718**
**Philadelphia, PA 19176**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Credit card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$780.00** |
|---|---|---|---|

**Tech Insource**
**58 Pajaro Way**
**Greeley, CO 80634**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Open Range Services, Inc.**                                    Case number (if known) _____
              Name

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,498.01** |
|---|---|---|---|

**The Home Depot**
**PO Box 9001043**
**Louisville, KY 40290**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit card**

Last 4 digits of account number  **1816**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,790.71** |
|---|---|---|---|

**The Home Depot**
**PO Box 9001043**
**Louisville, KY 40290**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit card**

Last 4 digits of account number  **1712**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,638.59** |
|---|---|---|---|

**The Home Depot**
**PO Box 9001043**
**Louisville, KY 40290**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit card**

Last 4 digits of account number  **5926**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$493.00** |
|---|---|---|---|

**The Home Depot**
**PO Box 9001043**
**Louisville, KY 40290**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit card**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,245.14** |
|---|---|---|---|

**The Maine Sign, LLC**
**2986 29th St. Unit 8**
**Greeley, CO 80631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,164.68** |
|---|---|---|---|

**Tom Hudspeth**
**53 Sunset Court**
**Hudson, CO 80642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,531.60** |
|---|---|---|---|

**Town of Estes Park**
**170 MacGregor Ave.**
**Estes Park, CO 80517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Open Range Services, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $674.21 |
|---|---|---|---|
| | **Trench Plate Rental Co.**<br>**PO Box 51373**<br>**Los Angeles, CA 90051** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,248.50 |
|---|---|---|---|
| | **Tri City HVAC**<br>**127 12th St.**<br>**Loveland, CO 80537** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $277,043.93 |
|---|---|---|---|
| | **United Rentals Inc.**<br>**PO Box 840514**<br>**Dallas, TX 75284-0514** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $192.62 |
|---|---|---|---|
| | **Valley Fire Extinguisher Inc.**<br>**1016 25th Ave.**<br>**Greeley, CO 80634** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,977.41 |
|---|---|---|---|
| | **Wex Bank**<br>**PO Box 4337**<br>**Carol Stream, IL 60197-4337** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Credit card** | |
| | Last 4 digits of account number  **9181** | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **McCarthy, Burgess, & Wolff**<br>**The MB&W Building**<br>**26000 Cannon Rd.**<br>**Bedford, OH 44146** | Line  **3.15**<br><br>☐  Not listed. Explain ____ | **4568** |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 942,731.15 |
| **5b. Total claims from Part 2** | 5b. | + $ | 3,037,176.59 |

Debtor      **Open Range Services, Inc.**                                    Case number (if known) _____
            _____
            Name

**5c. Total of Parts 1 and 2**                                    5c.    $ _____ **3,979,907.74**
    Lines 5a + 5b = 5c.

| Fill in this information to identify the case: |
| --- |

Debtor name    **Open Range Services, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- |
| **2.1.**   State what the contract or lease is for and the nature of the debtor's interest    **Villas Clubhouse - subcontract**<br><br>State the term remaining<br><br>List the contract number of any government contract  _____ | **Dohn Construction, Inc.**<br>**2642 Midpoint Drive**<br>**Fort Collins, CO 80525** |
| **2.2.**   State what the contract or lease is for and the nature of the debtor's interest    **The Prospector - subcontract**<br><br>State the term remaining<br><br>List the contract number of any government contract  _____ | **Dohn Construction, Inc.**<br>**2642 Midpoint Drive**<br>**Fort Collins, CO 80525** |
| **2.3.**   State what the contract or lease is for and the nature of the debtor's interest    **Mead Community Center - subcontract**<br><br>State the term remaining<br><br>List the contract number of any government contract  _____ | **Dohn Construction, Inc.**<br>**2642 Midpoint Drive**<br>**Fort Collins, CO 80525** |
| **2.4.**   State what the contract or lease is for and the nature of the debtor's interest    **Krispy Kreme - subcontract**<br><br>State the term remaining<br><br>List the contract number of any government contract  _____ | **Dohn Construction, Inc.**<br>**2642 Midpoint Drive**<br>**Fort Collins, CO 80525** |

| Debtor 1 | **Open Range Services, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### ▉ Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Boys & Girls Club Loveland - subcontract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Dohn Construction, Inc.**<br>**2642 Midpoint Drive**<br>**Fort Collins, CO 80525** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Walmart (Store #5957) - subcontract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Mark Young Construction, LLC**<br>**7200 Miller Place**<br>**Frederick, CO 80504** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Loveland storage facility and yard.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **ML-3, LLC**<br>**170 2nd Street SW**<br>**Loveland, CO 80537** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcontracting Agreement (multiple projects)** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **MTech Mechanical Technologies Group, Inc**<br>**12300 Pecos Street**<br>**Denver, CO 80234** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Greeley office space** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Pawnee Land Holdings**<br>**2970 W. 29th Street**<br>**Unit 18**<br>**Greeley, CO 80631** |

Debtor 1   **Open Range Services, Inc.**                                           Case number *(if known)* _____
           First Name      Middle Name      Last Name

<span style="background-color: #3d0040; color: white;">      </span>  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Cheyenne, WY subcontract** | |
| | State the term remaining | | **RK Mechanical, LLC**<br>**3800 Xanthia Street**<br>**Denver, CO 80238** |
| | List the contract number of any government contract | | |
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Love's Travel (Store #377) - subcontract** | |
| | State the term remaining | | **SAGE Design Build LLC**<br>**4811 Lonetree Drive**<br>**Loveland, CO 80537** |
| | List the contract number of any government contract | | |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Ulta Beauty - subcontract** | |
| | State the term remaining | | **Stout Building Contractors**<br>**1113 South 500 West**<br>**Bountiful, UT 84010** |
| | List the contract number of any government contract | | |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Ross - subcontract** | |
| | State the term remaining | | **Stout Building Contractors**<br>**1113 South 500 West**<br>**Bountiful, UT 84010** |
| | List the contract number of any government contract | | |
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **NIST Building 1 - subcontract** | |
| | State the term remaining | | **The Whiting-Turner Contracting Company**<br>**3500 John F. Kennedy Parkway, Suite 110**<br>**Fort Collins, CO 80525** |
| | List the contract number of any government contract | | |

Debtor 1   **Open Range Services, Inc.**

First Name            Middle Name            Last Name

Case number *(if known)* _____

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Project Mustang - subcontract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **U.S. Engineering Construction**<br>**1100 W. 120th Ave., Suite 900**<br>**Westminster, CO 80234** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Foothills Treatment Plant Reservoir - subcontract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Western Waterproofing Company**<br>**5055 N. Washington Street**<br>**Denver, CO 80216** |

**Fill in this information to identify the case:**

Debtor name   **Open Range Services, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1  **Greg Martin** | **530 Kirby Drive**<br>**Grand Junction, CO 81504** | **Alpine Advance 5 LLC** | ■ D __2.11__<br>☐ E/F _____<br>☐ G _____ |
| 2.2  **Greg Martin** | **530 Kirby Drive**<br>**Grand Junction, CO 81504** | **BMT Capital Group Inc.** | ■ D __2.12__<br>☐ E/F _____<br>☐ G _____ |
| 2.3  **Greg Martin** | **530 Kirby Drive**<br>**Grand Junction, CO 81504** | **Daka Capital Group, Inc.** | ■ D __2.14__<br>☐ E/F _____<br>☐ G _____ |
| 2.4  **Greg Martin** | **530 Kirby Drive**<br>**Grand Junction, CO 81504** | **Cloudfund LLC** | ■ D __2.13__<br>☐ E/F _____<br>☐ G _____ |
| 2.5  **Greg Martin** | **530 Kirby Drive**<br>**Grand Junction, CO 81504** | **Lendini** | ■ D __2.23__<br>☐ E/F _____<br>☐ G _____ |

Debtor    **Open Range Services, Inc.**                          Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 **Greg Martin** | 530 Kirby Drive<br>Grand Junction, CO 81504 | **Pinnacle Business Funding LLC** | ■ D __2.26__<br>☐ E/F _____<br>☐ G _____ |
| 2.7 **Greg Martin** | 530 Kirby Drive<br>Grand Junction, CO 81504 | **Lendora Capital Group** | ■ D __2.24__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 **Greg Martin** | 530 Kirby Drive<br>Grand Junction, CO 81504 | **Ally Bank** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.9 **Greg Martin** | 530 Kirby Drive<br>Grand Junction, CO 81504 | **Ally Bank** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.10 **Greg Martin** | 530 Kirby Drive<br>Grand Junction, CO 81504 | **Ally Bank** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.11 **Greg Martin** | 530 Kirby Drive<br>Grand Junction, CO 81504 | **Ally Bank** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.12 **Greg Martin** | 530 Kirby Drive<br>Grand Junction, CO 81504 | **Ally Bank** | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.13 **Greg Martin** | 530 Kirby Drive<br>Grand Junction, CO 81504 | **Ally Bank** | ■ D __2.7__<br>☐ E/F _____<br>☐ G _____ |

Debtor   **Open Range Services, Inc.**                                    Case number *(if known)* _____

| | Additional Page to List More Codebtors |
|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

Column 1: **Codebtor**                                    Column 2: **Creditor**

| | | | | | |
|---|---|---|---|---|---|
| 2.14 | Greg Martin | 530 Kirby Drive<br>Grand Junction, CO 81504 | Ally Bank | ■ D  **2.8**<br>☐ E/F _____<br>☐ G _____ | |
| 2.15 | Greg Martin | 530 Kirby Drive<br>Grand Junction, CO 81504 | Ally Bank | ■ D  **2.9**<br>☐ E/F _____<br>☐ G _____ | |
| 2.16 | Greg Martin | 530 Kirby Drive<br>Grand Junction, CO 81504 | Ally Bank | ■ D  **2.10**<br>☐ E/F _____<br>☐ G _____ | |
| 2.17 | Greg Martin | 530 Kirby Drive<br>Grand Junction, CO 81504 | Trans Lease | ■ D  **2.27**<br>☐ E/F _____<br>☐ G _____ | |
| 2.18 | Greg Martin | 530 Kirby Drive<br>Grand Junction, CO 81504 | John Deere Financial | ■ D  **2.15**<br>☐ E/F _____<br>☐ G _____ | |
| 2.19 | Greg Martin | 530 Kirby Drive<br>Grand Junction, CO 81504 | John Deere Financial | ■ D  **2.16**<br>☐ E/F _____<br>☐ G _____ | |
| 2.20 | Greg Martin | 530 Kirby Drive<br>Grand Junction, CO 81504 | John Deere Financial | ■ D  **2.17**<br>☐ E/F _____<br>☐ G _____ | |
| 2.21 | Greg Martin | 530 Kirby Drive<br>Grand Junction, CO 81504 | John Deere Financial | ■ D  **2.18**<br>☐ E/F _____<br>☐ G _____ | |

Debtor   **Open Range Services, Inc.**                              Case number *(if known)* _____

▆ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.22 **Greg Martin** | 530 Kirby Drive<br>Grand Junction, CO 81504 | **John Deere Financial** | ■ D __2.19__<br>☐ E/F _____<br>☐ G _____ |
| 2.23 **Greg Martin** | 530 Kirby Drive<br>Grand Junction, CO 81504 | **John Deere Financial** | ■ D __2.20__<br>☐ E/F _____<br>☐ G _____ |
| 2.24 **Greg Martin** | 530 Kirby Drive<br>Grand Junction, CO 81504 | **John Deere Financial** | ■ D __2.21__<br>☐ E/F _____<br>☐ G _____ |
| 2.25 **Greg Martin** | 530 Kirby Drive<br>Grand Junction, CO 81504 | **American Express (Amazon)** | ☐ D _____<br>■ E/F __3.6__<br>☐ G _____ |
| 2.26 **Greg Martin** | 530 Kirby Drive<br>Grand Junction, CO 81504 | **Home Depot Credit Services** | ☐ D _____<br>■ E/F __3.32__<br>☐ G _____ |
| 2.27 **Greg Martin** | 530 Kirby Drive<br>Grand Junction, CO 81504 | **Citibank N.A. (Home Depot)** | ☐ D _____<br>■ E/F __3.15__<br>☐ G _____ |
| 2.28 **Greg Martin** | 530 Kirby Drive<br>Grand Junction, CO 81504 | **Home Depot Credit Services** | ☐ D _____<br>■ E/F __3.33__<br>☐ G _____ |
| 2.29 **Greg Martin** | 530 Kirby Drive<br>Grand Junction, CO 81504 | **Green Light Capital LLC** | ☐ D _____<br>■ E/F __3.27__<br>☐ G _____ |

Debtor  **Open Range Services, Inc.**                                    Case number *(if known)* _____

| ◼ | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.30 | **Greg Martin** | 530 Kirby Drive<br>Grand Junction, CO 81504 | **Ally Bank** | ◼ D  **2.1**<br>☐ E/F ____<br>☐ G ____ |
| 2.31 | **Jason Gant** | 538 Basil Lane<br>Fort Collins, CO 80521 | **Alpine Advance 5 LLC** | ◼ D  **2.11**<br>☐ E/F ____<br>☐ G ____ |
| 2.32 | **Jason Gant** | 538 Basil Lane<br>Fort Collins, CO 80521 | **BMT Capital Group Inc.** | ◼ D  **2.12**<br>☐ E/F ____<br>☐ G ____ |
| 2.33 | **Jason Gant** | 538 Basil Lane<br>Fort Collins, CO 80521 | **Daka Capital Group, Inc.** | ◼ D  **2.14**<br>☐ E/F ____<br>☐ G ____ |
| 2.34 | **Jason Gant** | 538 Basil Lane<br>Fort Collins, CO 80521 | **Cloudfund LLC** | ◼ D  **2.13**<br>☐ E/F ____<br>☐ G ____ |
| 2.35 | **Jason Gant** | 538 Basil Lane<br>Fort Collins, CO 80521 | **Lendini** | ◼ D  **2.23**<br>☐ E/F ____<br>☐ G ____ |
| 2.36 | **Jason Gant** | 538 Basil Lane<br>Fort Collins, CO 80521 | **Meged Funding Group** | ◼ D  **2.25**<br>☐ E/F ____<br>☐ G ____ |
| 2.37 | **Jason Gant** | 538 Basil Lane<br>Fort Collins, CO 80521 | **Pinnacle Business Funding LLC** | ◼ D  **2.26**<br>☐ E/F ____<br>☐ G ____ |

Debtor   **Open Range Services, Inc.**                    Case number *(if known)* _____

▌ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.38 | Jason Gant | 538 Basil Lane<br>Fort Collins, CO 80521 | Lendora Capital Group | ■ D   **2.24**<br>☐ E/F _____<br>☐ G _____ |
| 2.39 | Jason Gant | 538 Basil Lane<br>Fort Collins, CO 80521 | Vivian Capital Group LLC | ■ D   **2.30**<br>☐ E/F _____<br>☐ G _____ |
| 2.40 | Jason Gant | 538 Basil Lane<br>Fort Collins, CO 80521 | Ally Bank | ■ D   **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.41 | Jason Gant | 538 Basil Lane<br>Fort Collins, CO 80521 | Ally Bank | ■ D   **2.3**<br>☐ E/F _____<br>☐ G _____ |
| 2.42 | Jason Gant | 538 Basil Lane<br>Fort Collins, CO 80521 | Ally Bank | ■ D   **2.4**<br>☐ E/F _____<br>☐ G _____ |
| 2.43 | Jason Gant | 538 Basil Lane<br>Fort Collins, CO 80521 | Ally Bank | ■ D   **2.5**<br>☐ E/F _____<br>☐ G _____ |
| 2.44 | Jason Gant | 538 Basil Lane<br>Fort Collins, CO 80521 | Ally Bank | ■ D   **2.6**<br>☐ E/F _____<br>☐ G _____ |
| 2.45 | Jason Gant | 538 Basil Lane<br>Fort Collins, CO 80521 | Ally Bank | ■ D   **2.7**<br>☐ E/F _____<br>☐ G _____ |

Debtor   **Open Range Services, Inc.**                                Case number *(if known)* _____

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.46 **Jason Gant** | 538 Basil Lane<br>Fort Collins, CO 80521 | **Ally Bank** | ▮ D ___**2.8**___<br>☐ E/F _____<br>☐ G _____ |
| 2.47 **Jason Gant** | 538 Basil Lane<br>Fort Collins, CO 80521 | **Ally Bank** | ▮ D ___**2.9**___<br>☐ E/F _____<br>☐ G _____ |
| 2.48 **Jason Gant** | 538 Basil Lane<br>Fort Collins, CO 80521 | **Ally Bank** | ▮ D ___**2.10**___<br>☐ E/F _____<br>☐ G _____ |
| 2.49 **Jason Gant** | 538 Basil Lane<br>Fort Collins, CO 80521 | **Trans Lease** | ▮ D ___**2.27**___<br>☐ E/F _____<br>☐ G _____ |
| 2.50 **Jason Gant** | 538 Basil Lane<br>Fort Collins, CO 80521 | **John Deere Financial** | ▮ D ___**2.15**___<br>☐ E/F _____<br>☐ G _____ |
| 2.51 **Jason Gant** | 538 Basil Lane<br>Fort Collins, CO 80521 | **John Deere Financial** | ▮ D ___**2.16**___<br>☐ E/F _____<br>☐ G _____ |
| 2.52 **Jason Gant** | 538 Basil Lane<br>Fort Collins, CO 80521 | **John Deere Financial** | ▮ D ___**2.17**___<br>☐ E/F _____<br>☐ G _____ |
| 2.53 **Jason Gant** | 538 Basil Lane<br>Fort Collins, CO 80521 | **John Deere Financial** | ▮ D ___**2.18**___<br>☐ E/F _____<br>☐ G _____ |

Debtor   **Open Range Services, Inc.**                    Case number *(if known)* _____

| | Additional Page to List More Codebtors |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.54 | Jason Gant | 538 Basil Lane<br>Fort Collins, CO 80521 | John Deere Financial | ■ D   **2.19**<br>☐ E/F ____<br>☐ G ____ |
| 2.55 | Jason Gant | 538 Basil Lane<br>Fort Collins, CO 80521 | John Deere Financial | ■ D   **2.20**<br>☐ E/F ____<br>☐ G ____ |
| 2.56 | Jason Gant | 538 Basil Lane<br>Fort Collins, CO 80521 | John Deere Financial | ■ D   **2.21**<br>☐ E/F ____<br>☐ G ____ |
| 2.57 | Jason Gant | 538 Basil Lane<br>Fort Collins, CO 80521 | American Express | ☐ D ____<br>■ E/F   **3.5**<br>☐ G ____ |
| 2.58 | Jason Gant | 538 Basil Lane<br>Fort Collins, CO 80521 | Chase (Ink) | ☐ D ____<br>■ E/F   **3.13**<br>☐ G ____ |
| 2.59 | Jason Gant | 538 Basil Lane<br>Fort Collins, CO 80521 | Green Light Capital LLC | ☐ D ____<br>■ E/F   **3.27**<br>☐ G ____ |
| 2.60 | Jason Gant | 538 Basil Lane<br>Fort Collins, CO 80521 | Ally Bank | ■ D   **2.1**<br>☐ E/F ____<br>☐ G ____ |

**Fill in this information to identify the case:**

Debtor name **Open Range Services, Inc.**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,307,435.32** |
| **For prior year:** From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$5,719,893.00** |
| **For year before that:** From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$9,899,960.00** |

2. **Non-business revenue**

    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**

    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

Debtor   **Open Range Services, Inc.**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Anthem BCBS** | 5/10/24:<br>$7,740.31<br>7/08/24:<br>$8,449.46 | $16,189.77 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.2. **Blayde Corporation**<br>**PO Box 121**<br>**3739 E. County Road 68**<br>**Wellington, CO 80549** | 6/19/24 | $10,943.65 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **Dana Kepner Company, Inc.**<br>**PO Box 710281**<br>**Denver, CO 80271** | 4/29/24:<br>$10,308.60<br>4/30/24:<br>$18,500.00<br>6/26/24:<br>$6,965.03<br>7/26/24:<br>$17,983.13 | $53,756.76 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **Martin Marietta** | 5/06/24 | $8,534.06 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. **National Trench Safety** | 4/29/24:<br>$9,556.00<br>6/26/24:<br>$12,154.22 | $21,710.22 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **Norco Transport, LLC**<br>**Eduardo Leos**<br>**485 E. 16th St.**<br>**Greeley, CO 80634** | 7/09/24:<br>$9,337.50<br>7/26/24:<br>$15,282.50 | $24,620.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. **Selective Insurance Company of**<br>**America**<br>**40 Wantage Avenue**<br>**Branchville, NJ 07890** | 6/14/24 | $13,257.35 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_ **Insurance** _ |

Debtor **Open Range Services, Inc.**  _____   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.8. **Wex Bank**<br>**PO Box 4337**<br>**Carol Stream, IL 60197-4337** | **5/15/24:**<br>**$16,224.25**<br>**5/21/24:**<br>**$15,403.91**<br>**5/21/24:**<br>**$15,403.91**<br>**5/23/24:**<br>**$16,224.25**<br>**6/23/24:**<br>**$15,977.41**<br>**6/24/24:**<br>**$16,224.25**<br>**7/23/24:**<br>**$17,161.00**<br>**7/24/24:**<br>**$15,977.41**<br>**7/25/24:**<br>**$15,977.41** | **$144,573.80** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Jason Gant**<br>**538 Basil Lane**<br>**Fort Collins, CO 80521**<br>**Officer/owner** | | **$24,153.18** | **Payments made directly to lenders over the past year on loans obtained by Mr. Gant for the benefit of Debtor.** |
| 4.2. **Greg Martin**<br>**530 Kirby Drive**<br>**Grand Junction, CO 81504**<br>**Officer/owner** | | **$18,933.68** | **Payments made directly to lenders over the past year on loans obtained by Mr. Martin for the benefit of Debtor.** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None.

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None.

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

Debtor    **Open Range Services, Inc.**                                    Case number *(if known)* _____

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Lendora Capital, LLC v. Open Range Services, Inc., et al.**<br>**23CV30808** | **Civil** | **Adams County District Court**<br>**1100 Judicial Center Dr.**<br>**Brighton, CO 80601** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Lendora Capital LLC v. Open Range Services Inc., et al.**<br>**512436/2023** | **Civil** | **Supreme Court of NY, Kings Cty**<br>**360 Adams St.**<br>**Brooklyn, NY 11201** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Lendora Capital Group, LLC v. Open Range Services, Inc., et al.**<br>**E202407021509** | **Civil** | **Supreme Court of NY - Monroe Cty** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Cowboy Trucking, LLC v. Open Range Services, LLC et al.**<br>**2024CV31037** | **Civil** | **Adams County District Court**<br>**1100 Judicial Center Dr.**<br>**Brighton, CO 80601** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Vivian Capital Group, LLC v. Open Range Services et al.**<br>**607032/2023** | **Civil** | **Supreme Court of NY, Nassau Cty** | ☐ Pending<br>☑ On appeal<br>☐ Concluded |
| 7.6. | **BMT Capital, Inc. v. Open Range Services, Inc., et al.**<br>**E2023011777** | **Civil** | **Supreme Court of NY, Monroe Cty** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Alpine Advance 5 LLC v. Open Range Services, Inc., et al.**<br>**514807/2023** | **Civil** | **Supreme Court of NY, Kings Cty**<br>**360 Adams St.**<br>**Brooklyn, NY 11201** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **Cloudfund LLC v. Open Range Services, Inc., et al.**<br>**607825/2023** | **Civil** | **Supreme Court of NY, Nassau Cty** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **Daka Capital Group, Inc. v. Open Range Services, Inc., et al.**<br>**513888/2023** | **Civil** | **Supreme Court of NY, Kings Cty**<br>**360 Adams St.**<br>**Brooklyn, NY 11201** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | **Meged Funding Group Corp. v. Open Range Services, Inc., et al.**<br>**513424/2023** | **Civil** | **Supreme Court of NY, Kings Cty**<br>**360 Adams St.**<br>**Brooklyn, NY 11201** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | **Gold and Sport Solutions v. Open Range Services, Inc.**<br>**24S144** | **Weld County, CO (Small Claims)** | | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor   **Open Range Services, Inc.**                                    Case number *(if known)*

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.12. | **Rental Equipment Center v. Open Range Services, Inc. 2023CV030966** | **Civil** | **Weld County District Court** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13. | **PInnacle Business Funding LLC v. Open Range Services, Inc., et al. 513851/2023** | **Civil** | **Supreme Court of NY. Kings Cty 360 Adams St. Brooklyn, NY 11201** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **2022 Ram 1500 Crew Cab (rear-ended)** | **$8,882.54 from vehicle insurance.** | **2/15/24** | **$8,882.54** |
| **Multiple tool thefts. Amount is estimated.** | | | **$20,000.00** |

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Debtor   **Open Range Services, Inc.**                                     Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Wadsworth Garber Warner Conrardy, P.C. 2580 W Main St. Ste. 200 Littleton, CO 80120** | | **$5,000 - 7/17/23 $20,000 - 6/17/24 $15,000 - 7/8/24** | **$40,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Country Truck & Auto** | **2016 Dodge 3500 4x4 Dually Crew Cab** | **1/4/24** | **$12,200.00** |
| | Relationship to debtor **None** | | | |
| 13.2. | **Country Truck & Auto** | **2017 Dodge RAM 1500** | **1/4/24** | **$8,800.00** |
| | Relationship to debtor **None** | | | |
| 13.3. | **Country Truck & Auto** | **2015 Dodge RAM 1500** | **1/4/24** | **$7,500.00** |
| | Relationship to debtor **None** | | | |
| 13.4. | **Country Truck & Auto** | **2014 Ford F-350 4x4 Dually Crew Cab** | **8/17/23** | **$14,000.00** |
| | Relationship to debtor **None** | | | |

Debtor   **Open Range Services, Inc.**                                    Case number *(if known)* _____

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.5 . | **Country Truck & Auto** | **2016 Dodge 3500 4x4 Dually Crew Cab** | **8/17/23** | **$18,000.00** |
| | Relationship to debtor **None** | | | |

---

**Part 7:**   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

　　■ No Go to Part 10.
　　☐ Yes. Fill in below:

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor   **Open Range Services, Inc.**                                  Case number *(if known)* _____

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Bank of Colorado**<br>**3459 W. 20th Street**<br>**Greeley, CO 80634** | **XXXX-9670** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **10/3/23** | **$0.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Loveland storage facility and yard**<br>**170 2nd Street**<br>**Loveland, CO 80537** | **Foreman, mechanic, managers.** | **Equipment not being used; materials for site prep.** | ☐ No<br>■ Yes |

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■  No.
☐  Yes. Provide details below.

Debtor   **Open Range Services, Inc.**                                    Case number *(if known)*

| Case title<br>Case number | Court or agency name and<br>address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **DSB Financial Solutions, LLC**<br>**Darryl Boyd, CPA, CFE, CVA**<br>**1013 37th Ave., Ste. 101**<br>**Greeley, CO 80634** | **2014-present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

Debtor    **Open Range Services, Inc.**                                    Case number *(if known)*

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jason Gant | 538 Basil Lane<br>Fort Collins, CO 80521 | President | 80% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Greg Martin | 530 Kirby Drive<br>Grand Junction, CO 81504 | Secretary/Treasurer | 20% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Jason Gant<br>538 Basil Lane<br>Fort Collins, CO 80521 | Annual salary: $145,000 | | |
| | Relationship to debtor<br>Owner | | | |
| 30.2. | Greg Martin<br>530 Kirby Drive<br>Grand Junction, CO 81504 | Annual salary: $120,000 | | |
| | Relationship to debtor<br>Owner | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor   **Open Range Services, Inc.**                              Case number *(if known)* _____

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
|  |  |

---

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 31, 2024**

**/s/ Jason Gant**                                          **Jason Gant**
Signature of individual signing on behalf of the debtor           Printed name

Position or relationship to debtor   **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## District of Colorado

In re   **Open Range Services, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Greg Martin**<br>**530 Kirby Drive**<br>**Grand Junction, CO 81504** | | | **20%** |
| **Jason Gant**<br>**538 Basil Lane**<br>**Fort Collins, CO 80521** | | | **80%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **July 31, 2024**

Signature   **/s/ Jason Gant**

**Jason Gant**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**District of Colorado**

In re   **Open Range Services, Inc.**

Case No. _____

Debtor(s)

Chapter   **11**_____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **July 31, 2024**_____

**/s/ Jason Gant**_____
**Jason Gant**/**President**
Signer/Title